**In re:**
Jennifer A Robertson
**Aka –** Bartram
848 Hartford Drive
Elyria, OH 44035

**Social Security No.:**
xxx−xx−0823

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Alan J Treinish is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** October 7, 2010　　　　　　　　　　　／s／ Pat E. Morgenstern−Clarren
Form ohnb136　　　　　　　　　　　　　　　　United States Bankruptcy Judge